

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00303-CR

**STACI ANNETTE VASQUEZ,**

                                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                        **Appellee**


From the 361st District Court
Brazos County, Texas
Trial Court No. 05-01740-CRF-361


## MEMORANDUM  OPINION


Appellant, Staci Annette Vasquez, has filed a motion requesting the dismissal of this appeal.  *See* TEX. R. APP. P. 42.2(a).  We have not issued a decision in the appeal, and appellant and her attorney have personally signed the motion.  *See id.*  Accordingly, we grant the motion and hereby dismiss appellant's appeal.


AL SCOGGINS
Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Dismissed
Opinion delivered and filed July 9, 2015
Do not publish
[CR25]

